**No. 10M97. Kevin E. Burns, et ux., Petitioners v. Bank of America, et al.**

563 U.S. 933, 131 S. Ct. 2141, 179 L. Ed. 2d 888, 2011 U.S. LEXIS 3128.

April 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M98. Kevin E. Burns, Petitioner v. Commissioner of Revenue of Minnesota.**

563 U.S. 934, 131 S. Ct. 2141, 179 L. Ed. 2d 888, 2011 U.S. LEXIS 3044.

April 18, 2011. Motion for leave to proceed in forma pauperis with the declaration of indigency filed under seal denied.

**No. 10M99. In re Kevin E. Burns, et ux., Petitioners.**

563 U.S. 934, 131 S. Ct. 2141, 179 L. Ed. 2d 888, 2011 U.S. LEXIS 3050.

April 18, 2011. Motion for leave to proceed in forma pauperis with the declaration of indigency filed under seal denied.

**No. 10M100. Morgan Presnell, Petitioner v. Robin Ray, et al.**

563 U.S. 933, 131 S. Ct. 2141, 179 L. Ed. 2d 888, 2011 U.S. LEXIS 2984.

April 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M101. Sudesh Mehta, et al., Petitioners v. City of Jersey City, New Jersey, et al.**

563 U.S. 933, 131 S. Ct. 2141, 179 L. Ed. 2d 888, 2011 U.S. LEXIS 3049.

April 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M103. Joseph Crews, Petitioner v. United States.**

563 U.S. 933, 131 S. Ct. 2141, 179 L. Ed. 2d 888, 2011 U.S. LEXIS 2990.

April 18, 2011. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10-886. Compton Unified School District, Petitioner v. Starvenia Addison, et al.**

563 U.S. 934, 131 S. Ct. 2142, 179 L. Ed. 2d 888, 2011 U.S. LEXIS 2986.

April 18, 2011. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

**No. 10-8576. Gregory T. Howard, Petitioner v. United States District Court for the Southern District of Ohio, et al.**

563 U.S. 934, 131 S. Ct. 2142, 179 L. Ed. 2d 888, 2011 U.S. LEXIS 3111.

April 18, 2011. Motion of petitioner for reconsideration of order denying leave to